STATE ex inf. CROW, Attorney-General, v. CHIC-
AGO, ROCK ISLAND & PACIFIC RAILWAY
COMPANY; STATE ex inf. CROW, Attorney-
General, v. CHICAGO, BURLINGTON &
QUINCY RAILWAY COMPANY; STATE ex
inf. CROW, Attorney-General, v. MISSOURI
PACIFIC RAILWAY COMPANY.

In Banc, July 3, 1903.

Quo Warranto.

WRITS QUASHED.

*Edward C. Crow*, Attorney-General, for inform-
ant; *Frank Hagerman* and *Adiel Sherwood* of counsel.

*M. A. Low, W. F. Evans* and *Frank P. Sebree* for
Chicago, Rock Island & Pacific Railway Company re-
spondent; *O. M. Spencer* and *Warner, Dean, McLeod &
Holden* for Chicago, Burlington & Quincy Railway
Company respondent; *Martin L. Clardy* for Missouri
Pacific Railway Company respondent.

BURGESS, J.—These are all companion cases to
the case of the State of Missouri *ex informatione* Ed-
ward C. Crow, Atty.-Genl. v. The Atchison, Topeka &
Santa Fe Railway Company, decided at the present
term and reported at page 687 of this volume, and for
reasons given in the opinion handed down in that case
the pleas to the informations are sustained, and in-
formations quashed.

All concur.